IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN LAMAR WOODS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:21-CV-3027-L-BK** |
| | § | Court of Appeals No. 22-10501 |
| **CITY OF LANCASTER,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On October 14, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 19) was entered, recommending that the court deny pro se Plaintiff's May 5, 2022 motion for an extension under Federal Rule of Appellate Procedure 4(a)(5) (Doc. 13) as a result of his failure to demonstrate excusable neglect or good cause for the untimely notice of appeal. No objections to the Report were filed as of the date of this order, and the deadline for filing objections has expired.

Having considered the motion, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's motion for an extension under Federal Rule of Appellate Procedure 4(a)(5) (Doc. 13) as a result of his failure to demonstrate excusable neglect or good cause for the untimely notice of appeal.

**It is so ordered** this 7th day of November, 2022.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**